UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| STEPHEN JARRARD, and OLLIE MORRIS, Plaintiffs, | ) ) ) | |
| vs. | ) | NO. 4:20-cv-2-MLB |
| SHERIFF JOHNNY MOATS, *et al.*, Defendants. | ) ) | |

## JOINT MOTION TO DISMISS

Plaintiff Morris and Defendants have agreed to settle Plaintiff Morris' claims. Upon consent of the parties and pursuant to Federal Rules of Civil Procedure 15 and/or 21 and/or 41,[1] the parties hereby move to dismiss all claims by Plaintiff Morris with prejudice. Plaintiff Morris and Defendants are to bear their own costs and fees as to Plaintiff Morris' claims.

Plaintiff Jarrard does not dismiss his claims and intends to litigate those on appeal. *See* Doc. 85.

Respectfully submitted this 31st day of January, 2023.

LAW OFFICES OF GERRY WEBER, LLC
*/s/ Gerald Weber*
W. Gerald Weber

---

[1] *See generally* Arthur R. Miller, et al., 9 Fed. Prac. & Proc. Civ. § 2362 (4th ed. 2022) (noting "a certain amount of inconsistency in the cases" about the proper way to dismiss claims or parties but less than the entirety of an "action").

Ga. Bar No. 744878
Post Office Box 5391
Atlanta, GA 31107

MITCHELL & SHAPIRO LLP
*/s/ Zack Greenamyre*
Zack Greenamyre
Ga. Bar No. 293002
3490 Piedmont Road, Suite 650
Atlanta, GA 30305

*Attorneys for Plaintiffs*

WILLIAMS, MORRIS & WAYMIRE, LLC
*/s/ Jason Waymire*
JASON C. WAYMIRE
Georgia Bar No. 742602
Bldg. 400, Suite A 4330 South Lee Street
Buford, GA 30518
T: 678-541-0790
F: 678-541-0789
jason@wmwlaw.com

*Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing upon all parties by electronic delivery through the CM/ECF system.

This 31st day of January, 2023.

*/s/ Zack Greenamyre*
Zack Greenamyre
Ga. Bar No. 293002