UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| STEPHEN JARRARD, and OLLIE MORRIS,     Plaintiffs, | ) ) ) |
| vs. | )    NO. 4:20-cv-2-MLB |
| SHERIFF JOHNNY MOATS, *et al*.,     Defendants. | ) |

### ORDER GRANTING JOINT MOTION TO DISMISS

Plaintiff Morris and Defendants have agreed to settle Plaintiff Morris' claims. Upon consent of the parties, Plaintiff Morris' claims are hereby DISMISSED with prejudice. Plaintiff Morris and Defendants are to bear their own costs and fees as to Plaintiff Morris' claims. Plaintiff Jarrard does not dismiss his claims and intends to litigate those on appeal. *See* Doc. 85.

SO ORDERED this 1st day of February, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE