

April 8, 2024

zack@mitchellshapiro.com

**VIA ELECTRONIC FILING**

Honorable Michael L. Brown
ATTN: Jessica Kelley, Courtroom Deputy Clerk
1942 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

  Re: *Jarrard v. Moats, et al.*
     U.S.D.C., N.D. Ga., Civil Action No. 4:20-cv-00002-MLB

Dear Ms. Kelley:

  Pursuant to Local Rule 83.1E(3), regarding leaves of absence for less than 21 days, the undersigned, as lead counsel in the above-referenced matter, respectfully requests that this case not be calendared during the periods set forth below as I will be away from the practice of law during this time for family vacation.

**July 22 - 26, 2024**
**November 25 - 29, 2024**
**December 23, 2024 - January 3, 2025**

                Respectfully submitted,

                */s/ Zack Greenamyre*
                Zack Greenamyre
                Georgia Bar No. 293002
                *Attorney for Plaintiff*

cc: All counsel, via electronic filing