UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| STEPHEN JARRARD,         :<br>     Plaintiff,                  :<br>                                       :<br>vs.                                :<br>                                       :<br>SHERIFF JOHNNY MOATS, *et al.*,  :<br>     Defendants.             : | CIVIL ACTION FILE NO.<br><br>4:20-cv-00002-MLB |

### NOTICE OF SETTLEMENT AND
### MOTION FOR RELIEF FROM CASE HANDLING OBLIGATIONS

COME NOW all parties in the above-styled action and respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties will file appropriate case resolution materials as soon as practicable, likely within the next 30 days. Accordingly, the parties respectfully request that the Court vacate all existing hearings and deadlines in this case due to mootness.

Respectfully submitted,

| *Counsel for Plaintiff* | *Counsel for Defendants* |
|---|---|
| /s/ *Zack Greenamyre*<br>Zack Greenamyre<br>Georgia Bar No. 293002 | /s/ *Jason Waymire*<br>Jason Waymire<br>Georgia Bar No. 764330 |
| (by JCW with express permission) | |

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **CONSENT MOTION** upon all parties to all counsel through the Court's CM/ECF system.

This October 3, 2025.

                                            /s/ *Jason Waymire*
                                            JASON WAYMIRE
                                            Georgia Bar No. 742602