# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| STEPHEN JARRARD, Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION FILE NO. |
| | ) | |
| SHERIFF JOHNNY MOATS, *et al.*, | ) | 4:20-cv-00002-MLB |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Stephen Jarrard, by and through counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, following a settlement, hereby dismisses the above-captioned action and all claims asserted against all Defendants, with prejudice, to which Defendants stipulate and agree, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this the 18th day of December, 2025.

*Counsel for Plaintiff*                    *Counsel for Defendants*

**Zack Greenamyre**                         /s/ *Jason Waymire*
Georgia Bar No. 293002                     Terry E. Williams
                                           Georgia Bar No. 764330
Mitchell Shapiro Greenamyre & Funt LLP     Jason Waymire
881 Piedmont Ave NE                        Georgia Bar No. 764330
Atlanta, GA 30309                          Williams & Waymire, LLC
404.812.4747
zack@mitchellshapiro.com

**Gerald Weber**
Georgia Bar No. 744878
Law Offices of Gerry Weber, LLC

1

P.O. Box 5391
Atlanta, GA 31107
(404) 522-0507

John A. Meiser
Meredith Holland Kessler
*Admitted pro hac vice*
Notre Dame Law School
Religious Liberty Clinic
1338 Biolchini Hall
Notre Dame, IN 46556
(574) 631-3880